IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY FRYE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-0021-KD-N |
| | ) | |
| TREY OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 1, 2011, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the instant action is hereby **DISMISSED without prejudice** on the basis that the Plaintiff has failed to prosecute this action and has violated the order of this Court that he timely notify the court of any change of address.

**DONE** and **ORDERED** this the **26th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**